1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona

3  BENJAMIN GOLDBERG
   Assistant United States Attorney
4  New York State Bar No. 5346838
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: (602) 514-7500
   Email: Ben.Goldberg@usdoj.gov
7  Attorneys for Plaintiff

8  HARMEET K. DHILLON
   Assistant Attorney General
9  Civil Rights Division

10 ANDREW CHERRY
   Trial Attorney
11 California State Bar No. 315969
   Ben Franklin Station, P.O. Box 14404
12 Washington, DC 14404
   Telephone: (202) 514-3204
13 Email: Andrew.Cherry@usdoj.gov

FILED ✓   ___ LODGED
RECEIVED  ___ COPY

NOV 1 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR25-01567-PHX-JJT(JZB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 247(a)(2), 247(b), and 247(d)(3) |
| Everardo Gregorio, | (Obstruction of Free Exercise of Religious Beliefs by Fire) |
| Defendant. | Count 1 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about March 3, 2025, in the District of Arizona, Defendant EVERARDO GREGORIO intentionally obstructed, by force and threat of force, that is by use of fire, the congregants of Khal Chasidim in the enjoyment of those victims' free exercise of religious

beliefs, which conduct was in and affected interstate commerce.

In violation of Title 18, United States Code, Sections 247(a)(2), 247(b), and 247(d)(3).

A TRUE BILL

/s/
_____
FOREPERSON OF THE GRAND JURY
Date: November 18, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
_____
BENJAMIN GOLDBERG
Assistant U.S. Attorney

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

S/
_____
ANDREW CHERRY
Trial Attorney