UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CR25-01567-PHX-JJT(JZB) |
| | ) | |
| EVERARDO GREGORIO, | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATION OF THE ASSISTANT ATTORNEY GENERAL**

I, Harmeet K. Dhillon, hereby certify that the prosecution of Everardo Gregorio under Section 247(a)(2) of Title 18 of the United States Code is in the public interest and necessary to secure substantial justice.

Signed this 15 day of October, 2025.

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division